UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELELA WOLFGRAMM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.; DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03507-APG-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiff Kelela Wolfgramm ("Plaintiff"), by and through her counsel, Christian Gabroy and Kaine Messer of Gabroy | Messer, and Defendant Southwest Airlines Co. ("Defendant") by and though its counsel, Suzanne L. Martin and Taylor Buono of Littler Mendelson P.C., hereby stipulate and agree as follows:

Plaintiff filed a lawsuit against Defendant in Clark County District Court, Eighth Judicial District, Case No. A-26-954518-C, on August 19, 2026. On September 25, 2026, Defendant signed a Waiver of Service pursuant to Nev. R. Civ. P. 4, giving it 60-days from that date to file its response to Plaintiff's Complaint. Because Plaintiff's Complaint contains causes of action under both state and federal law, Defendant expressly reserved its right to remove this case within 30-days, which it proceeded to do on October 23, 2026. *See* ECF #1. The parties had previously agreed and continue to agree that Defendant should have the remaining 30-days available to it

under Rule 4 to file its response to Plaintiff's Complaint. This is the same amount of time that would be afforded to Defendant under Federal Rule of Civil Procedure Rule 4.

Accordingly, the parties hereby stipulate and agree to extend the date for Defendant to file its response to November 24, 2026. The parties agree that good cause exists for this extension as it is in compliance with the state and Federal Rule of Civil Procedure 4 and will allow Defendant adequate time to investigate and prepare a response to Plaintiff's Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 23, 2026

GABROY MESSER

*/s/ Kaine Messer*

Christian Gabroy, Esq.
Kaine Messer, Esq.

Attorneys for Plaintiff
KELELA WOLFGRAMM

Dated: October 23, 2026

LITTLER MENDELSON, P.C.

*/s/ Taylor A. Buono*

Suzanne L. Martin, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

**IT IS SO ORDERED.**

Dated: October 26, 2026

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800